IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Sandpoint Cattle Company, LLC, | ) | No. 14cv00174 |
| | ) | |
| | ) | |

Pending before the Court is Debtor's Sixth Motion to Use Cash Collateral (Docket 552). The Court, having heard the arguments of counsel and considered the evidence submitted by way of affidavit, finds that the motion should be granted. The previously posted bond of $250,000, as well as the proceeds from the sale of cattle, the subject of the Motion to Sell Property Free and Clear of Liens (Docket 538) provide adequate protection for the use of the cash collateral. To be clear, the Court will require that at a minimum the cattle inventory, corn, silage and hay inventory, and cash and accounts receivable be maintained at the level that existed as of March 1, 2014.

IT IS THEREFORE ORDERED that the motion to use cash collateral is granted.

DONE and ORDERED this __30__ day of June, 2014.

_____
Michael J. Melloy, U.S. Circuit Judge
Sitting by Designation