## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

In re:               )

                         )

Sandpoint Cattle Company, LLC.   )    No. 14cv00174

                         )

                         )

The matter before the Court is a status conference and hearing on the Motion of the Alger Interest to Convert this case to a Chapter 7 (Docket 535). Having heard the arguments of counsel, it was agreed that the motion will be deferred pending the filing of a Plan of Reorganization. The Debtors have represented that a Plan will be on file by no later than July 31, 2014.

IT IS THEREFORE ORDERED that the Debtors and other interested parties who resist the Motion to Convert shall file their resistance by no later than July 31, 2014. Assuming a Plan of Reorganization is filed by that date, the Plan can constitute the resistance.

IT IS FURTHER ORDERED that further proceedings on the Motion to Convert will be scheduled after a Plan is filed and a determination is made as to its feasibility, or, in the event no Plan is filed by July 31, 2014, after that date.

DONE and ORDERED this _30th_ day of June, 2014.

_____
Michael J. Melloy, U.S. Circuit Judge
Sitting by Designation