IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In re:                                   )
                                         )
Sandpoint Cattle Company, LLC.           )     No. 14cv00174
                                         )
                                         )

The matter before the Court is the Joint Motion to Sell Property Free and Clear of Liens under 11 U.S.C. § 363(f) (Docket 538). Having heard the arguments of counsel, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED the motion to sell cattle, as more particularly described in the motion (Docket 538) is granted. The proceeds from the sale of the cattle shall be placed into an escrow account and shall not be co-mingled with other cash collateral. The proceeds of the sale shall provide additional adequate protection for the use of cash collateral which is the subject of a separate order.

DONE and ORDERED this 30th day of June, 2014.

_____
Michael J. Melloy, U.S. Circuit Judge
Sitting by Designation