# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

In re: )
)
Sandpoint Cattle Company, LLC. ) No. 14cv00174
)
)

Pending before the Court is the Motion in Limine filed by the Alger Interest (Docket 314). Having considered the matter, the Court notes that many of the matters which are the subject of the Motion in Limine were considered and ruled upon at the bench trial in this case. To the extent that there are any items that were not ruled upon, they are denied.

IT IS THEREFORE ORDERED the Motion in Limine is denied.

DONE and ORDERED this 30th day of June, 2014.

_____
Michael J. Melloy, U.S. Circuit Judge
Sitting by Designation