IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re: ) | |
| ) | |
| Sandpoint Cattle Company, LLC ) | |
| ) | |
| Debtor. ) | No. 8:14CV174 |

During the hearings on cash collateral, the undersigned directed the Debtor to file certain reports which will now be memorialized in this order.

Specifically, the Debtor has been required to file reports concerning its cattle inventory. The monthly cash collateral reports show certain levels of cattle inventory. The Debtor has represented that sales of cattle have generally been at a premium over the carrying value contained on the monthly inventory. Debtor's representatives also testified at the claims hearing in this case about a computerized system they have which keeps track of each head of cattle by ID number and tag number. The Debtor will provide a copy of the cattle inventory to the secured creditors in order to assist them in keeping track of monthly cash collateral. Also, as part of each monthly cash collateral report, the Debtor shall not only indicate the dollar amount of cattle inventory sold, but the specific identification of each head of cattle with an accounting of its carrying value and actual sale price.

IT IS THEREFORE ORDERED that the Debtor shall prepare, file and serve the reports as above indicated with 10 days of this order.

DONE AND ORDERED this _21_ day of July, 2014.

_____
Michael J. Melloy, U.S. Circuit Judge
Sitting by Designation