IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In re:                                )
                                      )
Sandpoint Cattle Company, LLC         )
                                      )
         Debtor.                      )   No. 8:14CV174

     The undersigned, sitting by designation as a United States District Court Judge for the District of Nebraska, withdrew reference of this case pursuant to 28 U.S.C. § 157(d) and has tried all proceedings in this case in the United States District Court for the District of Nebraska. I intend to terminate my further involvement in this case. I therefore request the case be assigned by the Clerk of the Bankruptcy Court to the Honorable Shon K. Hastings, United States Bankruptcy Judge for the District of North Dakota, sitting by designation as a United States Bankruptcy Judge for the District of Nebraska.

     As part of this transfer of the case to Judge Hastings, I terminate the withdrawal of reference and refer the case back to the United States Bankruptcy Court for the District of Nebraska.

     IT IS THEREFORE ORDERED that the withdrawal of reference in this case pursuant to 28 U.S.C. § 157(d) is terminated and the case is referred back to the United States Bankruptcy Court for the District of Nebraska.

     IT IS FURTHER ORDERED that the Clerk of the Bankruptcy Court for the District of Nebraska shall assign this case to the Honorable Shon K. Hastings, United States Bankruptcy Judge for the District of North Dakota, sitting by designation as a United States Bankruptcy Judge for the District of Nebraska for all further proceedings.

     DONE AND ORDERED this ___ day of July, 2014.

_____
Michael J. Melloy, U.S. Circuit Judge
Sitting by Designation